PETER A. DiMARCELLO, PETITIONER-PETITIONER, v. AMERICAN BRIDGE COMPANY, RESPONDENT-RESPONDENT.

See same case below: 76 *N. J. Super.* 329.

*Messrs. Pellettieri & Rabstein* for the petitioner.

*Messrs. Stryker, Tams & Dill* and *Mr. John J. Monigan, Jr.*, for the respondent.

November 12, 1962.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, CROSS-RESPONDENT, v. ELIZABETHTOWN WATER COMPANY, DEFENDANT-RESPONDENT, CROSS-PETITIONER.

See same case below: 75 *N. J. Super.* 571.

*Mr. William M. Feinberg, Mr. H. Douglas Stine, Mr. Charles J. Kehoe* and *Mr. Alan Goldstein* for the plaintiff-petitioner, cross-respondent.

*Mr. John R. Sailer* for the defendant-respondent, cross-petitioner.

November 26, 1962.   Granted.